# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**TRUSTEES OF THE NATIONAL**     \*
**ELECTRICAL BENEFIT FUND, et al.**
    \*
       **v.**     **Civil No.: TDC-21-1806**
    \*
**SEMPER UTILITIES, LLC,**
    \*
\*\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of plaintiff that the Summons and Complaint were properly served upon the above named Defendant, **Semper Utilities, LLC,** on **August 2, 2021**, and that the time for said Defendant to plead or otherwise defend expired on **August 23, 2021**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answers or other defense by said Defendant is entered this 1st day of September, 2021.

                         CATHERINE STAVLAS, CLERK

                     By:      /s/
                         Dianne D. Solomon
                         Deputy Clerk